# BOND MODIFICATION COVER SHEET

**TO:** The Honorable Thomas S. Hixson  
U.S. Chief Magistrate Judge

**RE:** TAN, Tony

**FROM:** Silvio Lugo, Chief  
U.S. Pretrial Services Officer

**Docket No.:** 3:22-mj-70445-MAG

**Date:** April 26, 2022

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Jalei Kinder                                              (408) 535-5230

U.S. Pretrial Services Officer                  **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by: Magistrate Judge _____ Presiding  District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☑ Modification(s)

**The following condition is added:**
*1. Defendant must not use or possess any narcotic or other controlled substance without legal prescription.*

**The following conditions are removed:**
*2. Defendant must observe a curfew and remain at his residence every day from 9:00 p.m. to 6:00 a.m. except as directed by Pretrial Services.*
*3. Defendant must submit to location monitoring by RF, as directed by Pretrial Services.*

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:
_____

_____       April 26, 2022
**JUDICIAL OFFICER**                          **DATE**
Hon. Thomas S. Hixson
U.S. Magistrate Judge