FILED
Nov 02 2022
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## ~~PROPOSED~~ ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| **TO:** | Honorable Thomas S. Hixson<br>U.S. Magistrate Judge | **RE:** | TAN, Tony |
| **FROM:** | Silvio Lugo , Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | 3:22-mj-70445-MAG-1 |// 
| **Date:** | 11/2/22 | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

| Josh Libby | (415) 436-7504 |
|---|---|
| **U.S. PRETRIAL SERVICES OFFICER** | **TELEPHONE NUMBER** |

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☒ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

    **A.** **The defendant shall submit to drug and/or alcohol testing as directed by Pretrial Services;**

    **B.** **The defendant must not consume any alcohol and must not use or possess any narcotic or other controlled substance without a legal prescription;**

    **C.** **The defendant shall undergo an assessment to determine if he has any substance abuse and/or mental health treatment needs.**

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:
_____

_____

_[signature]_     November 2, 2022
**JUDICIAL OFFICER**     **DATE**

Hon. Thomas S. Hixson

U.S. Magistrate Judge